IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NO. JFM-02-836 |
| | * | |
| REAL PROPERTY LOCATED AT | * | |
| 16 SOUTH ATWOOD ROAD, BEL AIR, | * | |
| MARYLAND, with all buildings, | * | |
| appurtenances and improvements | * | |
| thereon, | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \*

## DEFAULT DECREE OF FORFEITURE

**IT IS ORDERED, ADJUDGED, AND DECREED** on this 5th day of June 2002, that:

1. The United States of America has provided constructive notice by publication of the pendency of this forfeiture action;

2. The time for the filing of any claim to contest this forfeiture has expired;

3. The United States of America has shown that there was reasonable cause for the seizure of the defendant property under 28 U.S.C. 2465;

4. The defendant property is condemned and all rights, title, and interest of Stephen Nelson and Stanley Nelson, and any and all other persons, are HEREBY FORFEITED to the United States of America; and



5. The United States Marshal Service shall dispose of the defendant property in accordance with law.

_____
J. Frederick Motz
United States District Judge

